**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13−71518−FJS**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 4/16/11 and was converted to a case under chapter 7 on 4/22/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Janice Delores Braxton
3016 Tournament Drive
Chesapeake, VA 23323

| | |
|---|---|
| Case Number:   13−71518−FJS<br>Office Code:   2 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−3805 |
| Attorney for Debtor(s) (name and address):<br>Steve C. Taylor<br>Law Offices of Steve C. Taylor, P.C.<br>133 Mt. Pleasant Road<br>Chesapeake, VA 23322<br>Telephone number:  757−482−5705 | Bankruptcy Trustee (name and address):<br>John C. McLemore<br>John C. McLemore, P.C.<br>500 E. Main Street, Suite 1210<br>Norfolk, VA 23510<br>Telephone number:  757−625−4300 |

## Meeting of Creditors:
Date:  **5/21/13**                     Time:  **03:00 PM**
Location:  **Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**7/22/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>600 Granby St., Room 400<br>Norfolk, VA 23510 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24−hour case information:**<br>Toll Free 1−866−222−8029 | Date:  April 23, 2013 |

## EXPLANATIONS
B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Norfolk. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Norfolk. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.
**PHOTOCOPIES:** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.
**PAYMENT OF FEES FOR NEWPORT NEWS CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**
**Newport News:** non−debtor's check, money order, cashier's check or any authorized non−debtor's credit card; for security reasons, no cash accepted at Newport News location.
**Norfolk:** same as above; however cash is accepted.
*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                                United States Bankruptcy Court
                                  Eastern District of Virginia
In re:                                                                      Case No. 13-71518-FJS
Janice Delores Braxton                                                      Chapter 7
       Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0422-8          User: lauerr                 Page 1 of 3                  Date Rcvd: Apr 23, 2013
                              Form ID: B9A                 Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
db          #+Janice Delores Braxton,    3016 Tournament Drive,    Chesapeake, VA 23323-2728
11755499    +Associated Creditors Exchange,     P.O. Box 40398,    Phoenix, AZ 85067-0398
11755504    +BSI Financial Services,    314 Franklin Street,    PO Box 517,    Titusville, PA 16354-0517
11755501     Barbara O. Carraway, Treasurer,     City of Chesapeake,    P.O. Box 16495,
              Chesapeake, VA 23328-6495
11755502    +Bon Secours Hampton Roads,    150 Kingsley Lane,    Norfolk, VA 23505-4602
11755503     Bon Secours Maryview Med Ctr,    c/o Greer P. Jackson, Jr., Esq.,     Spinella, Owings & Shaia, P.C.,
              8550 Mayland Drive,    Richmond, VA 23294-4704
11755508     Chesapeake EMS,    c/o City Treasurer,    P.O. Box 16495,    Chesapeake, VA 23328-6495
11755509     Directv,    P. O. Box 2455,    Chandler, AZ 85244-2455
11755512    +Grand Furniture,    1305 Baker Road,    Virginia Beach, VA 23455-3317
11755513    +Grand Furniture,    836 E. Little Creek Road,    Norfolk, VA 23518-3792
11755514    +Horizon Financial Management,     8585 S. Broadway,    Suite 880,    Merrillville, IN 46410-5661
11755515    +Kingsley Lane Clinical Lab,    8085 Rivers Ave #100,     Charleston, SC 29406-9239
11755516    +Maryview Medical Center,    3636 High Street,    Portsmouth, VA 23707-3270
11755523    +SE EMERGENCY PHYSICIANS,    by PRA Receivables Management, LLC,     PO Box 12907,
              Norfolk VA 23541-0907
11755524    +SE Emergency Physicians, Inc.,     P.O. Box 850001,    Orlando, FL 32885-0001
11755522    +Samuel I White, PC,    5040 Corporate Woods Drive,    Suite 120,    Virginia Beach, VA 23462-4377
11755527     Virginia Employment Commission,    PO Box 1358-Acct's Rec.-Rm 305,     Richmond, VA 23218-1358
11755526    +Virginia Employment Commission,    703 E. Main Street,    Richmond, VA 23219-3315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: bankruptcyattorney@call54legal.com Apr 24 2013 05:46:02      Steve C. Taylor,
               Law Offices of Steve C. Taylor, P.C.,    133 Mt. Pleasant Road,    Chesapeake, VA   23322
tr           +EDI: BJCMCLEMORE.COM Apr 24 2013 05:13:00      John C. McLemore,    John C. McLemore, P.C.,
               500 E. Main Street, Suite 1210,    Norfolk, VA 23510-2204
11755497      EDI: PHINAMERI.COM Apr 24 2013 05:13:00      AmeriCredit Financial Services, Inc,   PO BOX 183853,
               Arlington, TX 76096
11755496      EDI: PHINAMERI.COM Apr 24 2013 05:13:00      Americredit,    ATTN: Bankruptcy Dept,
               4000 Embarcadero,    Arlington, TX 76014-0000
11755494      Fax: 864-336-7400 Apr 24 2013 07:52:38      Advance America,    1069 George Washington Highway,
               Chesapeake, VA 23323-0000
11755495      EDI: AIS.COM Apr 24 2013 05:13:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
11755500      EDI: RESURGENT.COM Apr 24 2013 05:13:00      B-Line, LLC,   MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
11755505      EDI: CAPITALONE.COM Apr 24 2013 05:13:00      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
11755506     +EDI: CHASE.COM Apr 24 2013 05:13:00      Chase,    Card Services,   P.O. Box 15298,
               Wilmington, DE 19850-5298
11755507     +EDI: CHASE.COM Apr 24 2013 05:13:00      Chase/WaMu,    Card Services,   P.O. Box 15298,
               Wilmington, DE 19850-5298
11755510     +EDI: RESURGENT.COM Apr 24 2013 05:13:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
11755511      EDI: RECOVERYCORP.COM Apr 24 2013 05:13:00      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
11755517      EDI: AIS.COM Apr 24 2013 05:13:00      Midland Funding LLC,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX 77210-4457
11755518     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 24 2013 06:12:13       NCO Financial Systems Inc,
               PO Box 15372,    Wilmington, DE 19850-5372
11755519     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 24 2013 06:12:13
               NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
11755520      EDI: RECOVERYCORP.COM Apr 24 2013 05:13:00      Portfolio Investments I LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
11755521      EDI: RECOVERYCORP.COM Apr 24 2013 05:13:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11755525      EDI: NEXTEL.COM Apr 24 2013 05:13:00      Sprint,    4389 Virginia Beach Boulevard,
               Virginia Beach, VA
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11755498*   ++AMERICREDIT,   PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc,    PO BOX 183853,
               Arlington, TX 76096)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0422-8          User: lauerr              Page 2 of 3            Date Rcvd: Apr 23, 2013
                              Form ID: B9A              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0422-8          User: lauerr              Page 3 of 3              Date Rcvd: Apr 23, 2013
                              Form ID: B9A              Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2013 at the address(es) listed below:
         John C. McLemore    ch7trustee@verizon.net;, VA36@ecfcbis.com;regina_ch7@verizon.net
         Steve C. Taylor    on behalf of Debtor Janice Delores Braxton bankruptcyattorney@call54legal.com, bkparalegal@call54legal.com
                                        TOTAL: 2